1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JAMES CENTOBENE,                              No. C 08-2708 WHA (PR)

11            Plaintiff,                           **ORDER OF TRANSFER**

12      v.

13   ARNOLD SCHWARZENEGGER,
     Governor, State of California; JAMES
14   TILTON, Secretary, Department of
     Corrections and Rehabilitation; SCOTT
15   KERNAN, Director, Division of Adult
     Institutions, Department of Corrections
16   and Rehabilitation; TERRI McDONALD,
     Chief Deputy Administrator, California
17   Out-of-State Correctional Facilities Unit,
     Department of Corrections and
18   Rehabilitation; BEN CURRY, Warden,
     Correctional Training Facility; and DOES
19   1 through 5,

20            Defendants.
                                                /
21

22        This is a civil rights case brought pro se by a state prisoner.  Plaintiff alleges that he is

23   being considered for transfer to an out-of-state prison pursuant to a Department of Corrections

24   and Rehabilitation program conceived and implemented by Defendants Schwarzenegger, Tilton,

25   Kernan, and McDonald, all of whom work in Sacramento, which is in the venue of the United

26   States District Court for the Eastern District of California, and who appear to reside there.

27   Plaintiff also alleges that the one defendant who is in this district, Warden Ben Curry, "lacks the

28   authority to grant my legal challenges to a program which the Governor and State Legislature

     have approved . . . ."  (Pet. at 8)  It therefore appears unlikely he has stated a claim against

1   Curry.

2       In view of the above, it is clear that the center of gravity of this case challenging the

3   program is in the Eastern District, not here.   This case therefore is **TRANSFERRED** to the United

4   States District Court for the Eastern District of California.   *See* 28 U.S.C. § 1404(a).   In view of

5   the transfer, the Court will not rule upon plaintiff's pending motions.

6       **IT IS SO ORDERED.**

7

8   Dated: August __1__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2

G:\PRO-SE\WHA\CR.08\CENTOBENE2708.TRN.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28